IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**LARRY WAYNE MCVEAY, JR.**                                                             **PLAINTIFF**

**VERSUS**                                                     **CIVIL ACTION NO. 1:21cv95-TBM-RPM**

**JACKSON COUNTY ADULT
DETENTION CENTER**                                                                      **DEFENDANT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause is dismissed without prejudice.

**SO ORDERED AND ADJUDGED,** this the 21st day of October, 2021.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE